```
            FILED      LODGED
            RECEIVED   COPY

            OCT 0 4 2017

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
            BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Manuel Alvarez, Jr.,<br><br>Defendant. | CR-17-01309-PHX-GMS (JZB)<br><br>**REDACTED INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256<br>(Distribution of Child Pornography)<br>Count 1<br><br>18 U.S.C. §§ 2252(a)(4)(B), and 2256<br>(Possession of Child Pornography)<br>Counts 2 - 5<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

**COUNT 1**

Beginning on or about February 27, 2016, and continuing to on or about October 17, 2016, in the District of Arizona, and elsewhere, defendant MANUEL ALVAREZ, Jr., did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

1          **11-14yo – boy fuck kid brother.avi**

2          **Boy + man (fingering little boy asshole )(2)(2).mp4**

3          **z.kitz – 10 chubby.avi**

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNTS 2 - 5

On or about March 8, 2017, in the District of Arizona, and elsewhere, defendant MANUEL ALVAREZ, Jr., did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on each of the items below had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| COUNT | ITEM | FILE NAMES |
|---|---|---|
| 2 | Dell Desktop | (pthc) kdv – Mikael – 8yr boy deep throat big cock amazing (gay pt).mpg |
| 3 | HP Laptop | 01.mpg<br><br>9(1).wmv<br><br>04900009.mp4.mpg<br><br>6575756.avi<br><br>scribble_60.bmp |

| | | | |
|---|---|---|---|
| 4 | Lexar USB Drive | **scribbffffle_4.bmp** | |
| | | **scribble_18ggff.bmp** | |
| | | **scribbleffff_5.bmp** | |
| | | **scribbleffg_2.bmp** | |
| | | **scribblggge_1.bmp** | |
| 5 | SanDisk USB Drive | **08u.jpe** | |
| | | **89.PNG** | |
| | | **in977dex.jpe** | |
| | | **indboysuex.png** | |
| | | **indehoihx.jpe** | |
| | | **indeiyx.png** | |
| | | **indhuex.jpe** | |
| | | **indkvex.png** | |
| | | **indrimex.png** | |
| | | **inkhvvdex.jpe** | |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1-5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-5 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains

any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to, a Dell desktop computer, a HP laptop computer, SN: 5CG23816B4, a Lexar USB drive, and a SanDisk USB drive, seized by law enforcement on March 8, 2017, containing visual depictions of minors engaging in sexually explicit conduct and child erotica. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence,

    (2)    has been transferred or sold to, or deposited with, a third party,

    (3)    has been placed beyond the jurisdiction of the court,

    (4)    has been substantially diminished in value, or

    (5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

//
//
//
//
//
//
//
//
//
//

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 4, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney
BRETT A. DAY
Special Assistant U.S. Attorney