**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01309-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Manuel Alvarez, Jr., | |
| Defendant. | |

Pending before this Court is Defendant's Request for Declaration of Indigency and Eligibility for Court Appointed Experts and Investigators. (Doc. 29). That Motion is denied without prejudice. Although the Court does not oppose in theory certifying a defendant as indigent so that he may receive reimbursement for needed services despite the fact that others are paying for his counsel, the Defendant, in his motion, does nothing to establish his indigency pursuant to the requirements of federal and local criminal rules and procedure. If defense counsel is going to adapt a motion previously used in state court to file in federal court in hopes of achieving this purpose, he should at least cite and comply with federal authority concerning the establishment of indigency. (He might also determine with finality the gender by which he chooses to refer to his client.)

///

///

IT IS THEREFORE ORDERED denying without prejudice Defendant's Request for Declaration of Indigency and Eligibility for Court Appointed Experts and Investigators (Doc. 29).

Dated this 10th day of October, 2018.

G. Murray Snow
Chief United States District Judge